UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NANCY DOTY,

                        Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                        Defendant.

No. CV05-6337-AS

OPINION & ORDER

**MOSMAN, J.,**

On November 29, 2006, Magistrate Judge Ashmanskas issued Findings and Recommendation ("F&R") (#14) in the above-captioned case recommending the Commissioner's decision denying Ms. Doty's applications for disability insurance benefits and supplemental security income benefits be reversed and remanded for further proceedings. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United*

PAGE 1 - OPINION AND ORDER

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review, I agree with Judge Ashmanskas's recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this __18th__ day of January, 2007.

                        /s/ Michael Mosman
                        MICHAEL W. MOSMAN
                        United States District Court